**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re

**Tina Marie Borges-Druth,**

                        Debtor(s).

---------------------------------------------------------------------x

**CHAPTER 7**
**CASE NO. 16-12863**

# ORDER VOIDING LIEN OF FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA "DITECH FINANCIAL" (CLAIM #4)

At the request of Tina Marie Borges-Druth, by her attorney, William Waldner, Esq., for an order pursuant to 11 USC Section 506(a) having been determined on February, 22, 2018, and there being no opposition in thereto and good cause having been shown therefore, it is

ORDERED, that:

1. The Value of Federal National Mortgage Association's security interest in the Debtor's property located at 52 Memorial Boulevard, West Newport, Rhode Island 02840 is $335,000.

2. The Debtor shall pay Federal National Mortgage Association $335,000 at an interest rate of 6.5% in her Chapter 13 Plan.



**Dated: March 1, 2018**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

- 1 -