UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN DIVISION)
-------------------------------------------------------------x

In re:
**Tina Marie Borges-Druth,**          Case No.: 16-12863-cgm
aka Tina M Borges,                    Chapter 13
                                      HON. Cecelia G. Morris

        **Debtor.**                   Hearing Date: 06/14/2018 at 01:30 PM
                                      Related Document No. 29

-------------------------------------------------------------x

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #30), and states as follows:

1. Debtor, Tina Marie Borges-Druth ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 13, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 52 MEMORIAL BOULEVARD WEST, NEWPORT, RI 02840-3303, by virtue of a Mortgage recorded on September 14, 2006 in Book 1783, at Page 308 of the Public Records of Newport County, RI. Said Mortgage secures a Note in the amount of $400,000.00.

3. Secured Creditor filed a Proof of Claim in this case on January 27, 2017, Claim No. 4.

4. The Debtor filed a Third Amended Model Chapter 13 Plan on January 9, 2018.

5. The Plan proposes to satisfy Secured Creditor's claim by paying $335,000.00. Secured Creditor disputes this valuation. Until a final determination on valuation occurs, it would be premature to consider confirming Debtor's Plan.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

        RAS Boriskin, LLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 106
        Westbury, NY 11590
        Telephone: 516-280-7675
        Facsimile: 516-280-7674

        By: /s/Barbara Whipple
        Barbara Whipple, Esquire
        Email: bwhipple@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF WILLIAM WALDNER
469 SEVENTH AVENUE
SEVENTH FLOOR
NEW YORK, NY  10018

TINA MARIE BORGES-DRUTH
311 W 50TH STREET, APT 4M
NEW YORK, NY  10019

KRISTA M. PREUSS
399 KNOLLWOOD ROAD
WHITE PLAINS, NY  10603

UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY  10014

RAS Boriskin, LLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 106
Westbury, NY 11590
Telephone: 516-280-7675
Facsimile: 516-280-7674

By: /s/Barbara Whipple
Barbara Whipple, Esquire
Email: bwhipple@rasflaw.com